FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

Jones  2022060055
(Last Name)  (Identification Number)

Glyn  Ellis
(First Name)  (Middle Name)

L.C.D.F.
(Institution)

2001 5th Street
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 03 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

V.

CIVIL ACTION NUMBER: 3:23-CV-0001-HTW-LGI
(to be completed by the Court)

_____

_____

_____

(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)   No ( )

B. Are you presently incarcerated?
   Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes (✓)   No ( )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes (✓)   No ( )

PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Glym E. Jones Jr   Prisoner Number: 2022060055

Address: L.C.D.F. Zone C7 129
2001 5th Street
Meridian MS 39301

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: _____ is employed as _____

_____ at _____

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                                    ADDRESS:

_____                _____

_____                _____

DEFENDANT(S):

NAME:                                    ADDRESS:

_____                _____

_____                _____

_____                _____

_____                _____

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

CASE NUMBER 2.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

To whom it may concern!

Over 2 yrs ago a Deputy here in Lauderdale county. Kurt Merchant. His son totaled out 2 of my trucks in my front yard. He (Hunter Pierce) was drunk. M.P.D. charged him with DUI. He was found guilty. I never recieved a dime for my vehicel's. I was theatened several time at local bars by both of them that I would pay for it. L.C.S.D.

On Sept. 10th I was jumped on by my 19 yr old son. He choked me and made me deficate on myself. I shot up a the ceiling as he was running at me. It grazed his head slightly. He didn't live there either! Officer McFarland blew it all out of proportion told the judge in my piliminary hearing a lot of lies. Including made up prior charges from 2004. (Never happened) I have no bond from his lies. I was told at L.C.D.F. by Ms Spears I can't get a lawyer after asking 3 or more times. They made me make statements said They were going to help me. Then threw me under the bus. No lawyer, No court date. No bond. They have violated my rights. I have No record at All. I AM The Victim.

P.S. There are many, many more people in here in the same bond and lawyer situation. Jail is full. They just built a new Sheriff's Dept. We are paying for it.... Please Help!

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I AM A VICTIM This is a vendeta I am being falsely charged and imprisoned for defending myself in my own home after being beat repeatedly. Officer McFarland made up a fairytale. I asked repeatedly for a lawyer was told I couldn't get one until I am indited. They are doing the same to several inmates, about lawyers. Casey Spears

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Maximum amount for being here. My wife and I are losing everything. I have always been a law abiding citizen. I am 54 yrs old.

Signed this 28 day of December, 20 22.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Signature of plaintiff