IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GLYN ELLIS JONES, JR.                                                                       PLAINTIFF

v.                                                              CIVIL ACTION NO. 3:23-cv-1-HTW-LGI

JOHN DOES                                                                                  DEFENDANTS

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 11th day of May, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE